**CALCAGNI & KANEFSKY, LLP**
1085 Raymond Boulevard, 14th Floor
Newark, New Jersey 07102
(T): (862) 397-1796
Eric T. Kanefsky, Esq.
ekanefsky@ck-litigation.com
*Attorneys for Defendants,*
*Brian M. Storms and Kenneth D. Shifrin*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT DE VITO, individually and on behalf of all others similarly situated,<br><br>          *Plaintiff*,<br><br>v.<br><br>LIQUID HOLDINGS GROUP, INC., BRIAN M. STORMS, KENNETH D. SHIFRIN, PETER R. KENT, BRIAN FERDINAND, JAY BERSTEIN, DARREN DAVY, DAVID FRANCESCANI, WALTER RAQUET, THOMAS ROSS, VICTOR SIMONE, JR., DENNIS SUSKING, ALLAN ZAVARRO, and SANDLER O'NEILL & PARTNERS, L.P.,<br><br>          *Defendants*. | Civil Action No.: 2:15-cv-6969-KM-JBC<br><br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*** |

      **PLEASE TAKE NOTICE** that on Monday, August 15, 2016, or as soon thereafter as counsel may be heard, the undersigned, attorneys for Defendants Brian M. Storms and Kenneth D. Shifrin, shall apply to the United States District Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101 for an order admitting Mirah Epstein Curzer, Esq. and Josh Klein, Esq., *pro hac vice*.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested, **and counsel for Plaintiff has consented to this motion.**

**PLEASE TAKE FURTHER NOTICE** that in support of the within application, the undersigned shall rely upon the attached Application and Certification of Eric T. Kanefsky, Esq., and the Certifications of Mirah Epstein Curzer, Esq. and Josh Klein, Esq.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is annexed hereto.

Dated:  July 14, 2016

        Respectfully Submitted,

        /s/ Eric T. Kanefsky__
        Eric T. Kanefsky, Esq.

        CALCAGNI & KANEFSKY, LLP

        One Newark Center
        1085 Raymond Blvd., 14th Floor
        Newark, New Jersey 07102
        Telephone:  (862) 397-1796
        Facsimile:  (862) 902-5458
        eric@ck-litigation.com
        *Counsel for Defendants,*
        *Brian M. Storms and Kenneth D. Shifrin*