

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

August 31, 2016

**VIA ELECTRONIC FILING (ECF)**

The Honorable James B. Clark, III, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room PO 01
Newark, NJ 07101

<div style="margin-left:2em">

Re:   *Robert DeVito v. Liquid Holdings Group, Inc., et al.*
      No. 2:15-cv-06969-KM-JBC

</div>

Dear Judge Clark:

   Our firm represents Defendant Allan Zavarro in this action, and I have appeared in this matter as local counsel on Mr. Zavarro's behalf.

   In accordance with Local Civil Rule 101.1(c) and Your Honor's judicial preferences, we respectfully submit the within application and proposed form of order for the *pro hac vice* admission of Sarah L. Cave, Esq., a partner in our firm's New York office.  No party has objected to this application.

   We thank you for your consideration.

<div style="margin-left:20em">

Respectfully submitted,

Jennifer Suh

</div>