UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT DE VITO, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>LIQUID HOLDINGS GROUP, INC., BRIAN M. STORMS, KENNETH D. SHIFRIN, PETER R. KENT, RICHARD SCHAEFFER, BRIAN FERDINAND, JAY BERNSTEIN, DARREN DAVY, DAVID FRANCESCANI, WALTER RAQUET, THOMAS ROSS, VICTOR SIMONE, JR., DENNIS SUSKIND, ALLAN ZAVARRO, and SANDLER, O'NEILL & PARTNERS, LP.,<br><br>    *Defendants*. | Civil Action No. 2:15-cv-6969-KM-JBC<br><br><br><br>September 15, 2016 |

## DEFENDANTS' UNOPPOSED MOTION FOR REVISED BRIEFING SCHEDULE

  Defendants hereby respectfully move to request a modification of the Stipulation and Order Granting Briefing Schedule ("Briefing Schedule") entered by this Court on June 16, 2016 [Doc. No. 58], to adjust the dates by which Defendants must file answers to, or motions to dismiss, the Amended Class Action Complaint ("Amended Complaint"). Defendants anticipate filing motions to dismiss the 136-page Amended Complaint, which was filed on July 22, 2016, and which names certain Defendants who were not included in the original Complaint.

  Accordingly, Defendants request a short 30-day extension of the September 30, 2016 date by which such motions are to be filed, and accompanying adjustments to the Briefing Schedule as follows:

1.      Defendants' answers to, or motions to dismiss, the Amended Complaint must be filed by October 31, 2016;

2.      If Defendants file motions to dismiss the Amended Complaint, then Lead Plaintiffs shall file their responses by December 21, 2016; and

3.      Defendants shall file any replies in support of their motions to dismiss by February 6, 2017.

The Defendants named for the first time in the amended complaint previously have requested extensions of their time to respond to the amended complaint so that the schedule for their responses was the same as provided for in the previously established scheduling order. This is Defendants' first request for an extension of the schedule set forth for all Defendants in the scheduling order. Lead Plaintiffs' counsel has consented to this application.

Dated:  September 15, 2016                     Respectfully submitted,

**CALCAGNI & KANEFSKY**

By:    s/ Eric Todd Kanefsky
            Eric Todd Kanefsky

Eric Todd Kanefsky
The New Jersey Office of Harris, St. Laurent & Chaudhry, LLP
1085 Raymond Blvd., 14th Floor
Newark, NJ  07102
T: (862) 397-1796
F: (862) 902-5458

**PETRILLO KLEIN & BOXER LLP**
Joshua Klein
Mirah Curzer
655 Third Avenue, 22nd Floor
New York, New York 10017
T: (212) 370-0334
F: (212) 370-0391

*Attorneys for Brian M. Storms and Kenneth D. Shifrin*

2

**BEATTIE PADOVANO, LLC**

By: s/ Patrick Joseph Monaghan, Jr.
       Patrick Joseph Monaghan, Jr.

Patrick Joseph Monaghan, Jr.
50 Chestnut Ridge Road, Suite 208
Montvale, NJ 07645
T: (201) 573-1810
F: (201) 573-9736

**HOLWELL SHUSTER & GOLDBERG LLP**
Avi Israeli
750 Seventh Avenue, 26th Floor
New York, NY 10019
T: (646) 837-5157
F: (646) 837-5150

*Attorneys for Peter R. Kent, David Francescani, Victor Simone Jr., Dennis Suskind, Thomas Ross, Darren Davy, and Jay Bernstein*


**HOGUET NEWMAN REGAL & KENNEY LLP**

By: s/ Marc A. Melzer
       Marc A. Melzer

Marc A. Melzer
John P. Curley (Pro Hac Vice motion forthcoming)
10 East 40th Street
New York, NY 10016
T:  (212) 689-8808
F:  (212) 689-5101

*Attorneys for Brian Ferdinand*


**GIBBONS P.C.**

By: s/ Robert C. Brady
       Robert C. Brady

Robert C. Brady
One Gateway Center
Newark, NJ 07102-5310
T: (973) 596-4500
F: (973) 596-0545

3

**WACHTELL, LIPTON, ROSEN & KATZ**
Stephen R. DiPrima
51 West 52nd Street
New York, NY 10019
T: (212) 403-1000
F: (212) 403-2000

*Attorneys for Sandler O'Neill & Partners, L.P.*


**DLA PIPER LLP (US)**

By: ___s/ Michael D. Hynes___
        Michael D. Hynes

Michael D. Hynes
Steven R. Marino
51 John F. Kennedy Highway, Suite 120
Short Hills, NJ 07078-2704
T: (973) 520-2550
F: (973) 520-2551

John J. Clarke, Jr.
1251 Avenue of the Americas
New York, New York 10020
T: (212) 335-4920
F: (212) 884-8520

*Attorneys for Robert D. Keller*


**STEPTOE & JOHNSON LLP**

By: ___s/ Jeffrey A. Novack___
        Jeffrey A. Novack

Jeffrey A. Novack
1114 Avenue of the Americas
New York, NY 10036
T: (212) 506-3900
F: (212) 506-3950

4

        Michael Dockterman
        Julianne M. Landsvik
        115 S. LaSalle Street, Ste. 3100
        Chicago, IL 60603
        T: (312) 577-1300
        F: (312) 577-1370

        *Attorneys for Douglas J. Von Allmen*

**HUGHES HUBBARD & REED**

By:   s/ Jennifer Suh
        Jennifer Suh

Jennifer Suh
Sarah Cave
One Battery Park Plaza
New York, NY 10004
T:  (212) 837-6559
F:  (212) 299-6559

*Attorneys for Allan Zavarro*

**O'CONNOR, MORSS & O'CONNOR, P.C.**

By:   s/ Kerry Moriarty
        Kerry Moriarty

Kerry Mortiarty
Liberty Hall Center
1085 Morris Avenue, 5th Floor
Union, NJ  07083
T:  (908) 354-5660
F:  (908) 354-5786

*Attorneys for Richard Schaeffer*

**SO ORDERED** on this _____ day of _____, 2016.

_____
JAMES B. CLARK III, U.S.M.J.

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2016, a copy of the foregoing Unopposed Motion for Revised Briefing Schedule was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

Date: New York, New York
September 15, 2016

By:   s/ Mirah Curzer
      Mirah Curzer

**PETRILLO KLEIN & BOXER LLP**
655 Third Avenue, 22nd Floor
New York, New York 10017
T: (212) 370-0339
F: (212) 370-0391

*Attorneys for Brian M. Storms and Kenneth D. Shifrin*