**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROBERT DE VITO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIQUID HOLDINGS GROUP, INC., BRIAN M. STORMS, KENNETH D. SHIFRIN, PETER R. KENT, RICHARD SCHAEFFER, BRIAN FERDINAND, JAY BERNSTEIN, DARREN DAVY, DAVID FRANCESCANI, WALTER RAQUET, THOMAS ROSS, VICTOR SIMONE, JR., DENNIS SUSKIND, ALLAN ZAVARRO, and SANDLER, O'NEILL & PARTNERS, LP.,<br><br>Defendants. | Civil Action No. 2:15-cv-06969-KM-JBC<br><br>**NOTICE OF MOTION BY ROBERT D. KELLER TO DISMISS THE AMENDED COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that on February 21, 2017, or as soon thereafter as counsel may be heard, the undersigned attorneys for defendant Robert D. Keller, shall apply before the Honorable Kevin McNulty, U.S.D.J, United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order granting Mr. Keller's motion to dismiss the amended complaint pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that Mr. Keller will rely upon the supporting memorandum of law, the declaration of Michael D. Hynes dated October 31, 2016 (with exhibits), the submissions in support of other defendants' motions to dismiss to the extent incorporated by reference, and a proposed form of Order submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 78.1(b), Mr. Keller requests oral argument on this motion.

To: **LEVI & KORSINSKY LLP**

| | |
|---|---|
| Eduard Korsinsky | Nicholas I. Porritt |
| ek@zlk.com | nporritt@zlk.com |
| 235 Main Street | Adam M. Apton (admitted *pro hac vice*) |
| Hackensack, New Jersey 07601 | aapton@zlk.com |
| Tel.:   (973) 265-1600 | Adam McCall |
| Fax:   (212) 363-7171 | amccall@zlk.com |
| | 1101 30th Street, N.W., Suite 115 |
| | Washington, D.C.  20007 |
| | Tel.:   (202) 524-4290 |
| | Fax:   (202) 333-2121 |

*Attorneys for Co-Lead Plaintiff Michael Sanders and Co-Lead Counsel for the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll
stoll@cohenmilstein.com
Daniel S. Sommers
dsommers@cohenmilstein.com
S. Douglas Bunch (admitted *pro hac vice*)
dbunch@cohenmilstein.com
Elizabeth A. Aniskevich (admitted *pro hac vice*)
eaniskevich@cohenmilstein.com
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, D.C.  20005
Tel.:   (202) 408-4600
Fax:   (202) 408-4699

*Attorneys for Co-Lead Plaintiff Sidney R. Berger and Co-Lead Counsel for the Class*

Dated: October 31, 2016

Respectfully submitted,

**DLA PIPER LLP (US)**

By:  s/Michael D. Hynes

   Michael D. Hynes
   michael.hynes@dlapiper.com
   Steven R. Marino
   steven.marino@dlapiper.com

51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey  07078-2704
Tel.:   (973) 520-2550
Fax:   (973) 520-2551

   -and-

John J. Clarke, Jr. (admitted *pro hac vice*)
john.clarke@dlapiper.com
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Tel.:   (212) 335-4920
Fax:   (212) 884-8520

*Attorneys for Defendant Robert D. Keller*