**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROBERT DE VITO, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>LIQUID HOLDINGS GROUP, INC., BRIAN M. STORMS, KENNETH D. SHIFRIN, PETER R. KENT, RICHARD SCHAEFFER, BRIAN FERDINAND, JAY BERNSTEIN, DARREN DAVY, DAVID FRANCESCANI, WALTER RAQUET, THOMAS ROSS, VICTOR SIMONE, JR., DENNIS SUSKIND, ALLAN ZAVARRO, and SANDLER, O'NEILL & PARTNERS, LP.,<br><br>  Defendants. | Civil Action No. 2:15-cv-06969-KM-JBC<br><br>**[PROPOSED] ORDER GRANTING MOTION BY ROBERT D. KELLER TO DISMISS THE AMENDED COMPLAINT** |

**THIS MATTER** having been opened to the Court by DLA Piper LLP (US), attorneys for defendant Robert D. Keller, by way of a motion to dismiss the amended complaint pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Court, having considered the submissions relied upon in support thereof and any opposition thereto, and having heard the argument of counsel, and good cause appearing;

  **IT IS** on this ___ day of _____, 2017,

  **ORDERED** that Mr. Keller's motion to dismiss the amended complaint is **GRANTED** with prejudice.

_____
Honorable Kevin McNulty
United States District Judge
