UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT DE VITO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIQUID HOLDINGS GROUP, INC., BRIAN M. STORMS, KENNETH D. SHIFRIN, PETER R. KENT, RICHARD SCHAEFFER, BRIAN FERDINAND, JAY BERNSTEIN, DARREN DAVY, DAVID FRANCESCANI, WALTER RAQUET, THOMAS ROSS, VICTOR SIMONE, JR., DENNIS SUSKIND, ALLAN ZAVARRO, and SANDLER, O'NEILL & PARTNERS, LP.,<br><br>Defendants. | Civil Action No. 2:15-cv-06969-KM-JBC<br><br>CERTIFICATE OF SERVICE |

This certifies that the following were filed electronically by defendant Robert D. Keller in support of his motion to dismiss the amended complaint pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure:

1. Notice of Motion to Dismiss the Amended Complaint;
2. Memorandum of Law;
3. Declaration of Michael D. Hynes (with accompanying Exhibits); and
4. This Certificate of Service.

Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated: October 31, 2016

Respectfully submitted,

**DLA PIPER LLP (US)**

By: s/Michael D. Hynes

   Michael D. Hynes
   michael.hynes@dlapiper.com
   Steven R. Marino
   steven.marino@dlapiper.com

51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
Tel.:   (973) 520-2550
Fax:   (973) 520-2551

   -and-

John J. Clarke, Jr. (admitted *pro hac vice*)
john.clarke@dlapiper.com
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Tel.:   (212) 335-4920
Fax:   (212) 884-8520

*Attorneys for Defendant Robert D. Keller*