Eduard Korsinsky (EK-8989)
LEVI & KORSINSKY LLP
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: ek@zlk.com

*Attorneys for Lead Plaintiffs and*
*Lead Counsel for the Proposed Class*

[Additional Counsel Appear on Signature Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT DE VITO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIQUID HOLDINGS GROUP, INC., BRIAN M. STORMS, KENNETH D. SHIFRIN, RICHARD SCHAEFFER, BRAIN FERDINAND, and SANDLER O'NEILL & PARTNERS, L.P.,<br><br>Defendants. | Civ. No.: 15-6969 (KM) (JBC)<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFFS' NOTICE OF MOTION FOR: (I) AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES; AND (II) INCENTIVE AWARDS TO PLAINTIFFS** |

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on January 10, 2020 at 10:00 a.m., or as soon thereafter as counsel may be heard, Lead Plaintiffs Michael Sanders and Sidney R. Berger (collectively, "Lead Plaintiffs") will move before the Honorable Kevin

McNulty, U.S.D.J. at the United States Post Office and Courthouse Building, Newark, New Jersey, for an Order: (i) awarding attorneys' fees of one-third of the Settlement Fund; (ii) awarding payment of litigation expenses; and (iii) granting Lead Plaintiffs' request for an incentive award pursuant to the Private Securities Litigation Reform Act of 1995.

Lead Plaintiffs intend to rely upon the annexed Brief in Support of Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses, the Supplemental Declaration of Adam M. Apton, the Declaration of S. Douglas Bunch, the Declaration of Michael Sanders, the Declaration of Sidney R. Berger and the Declaration of Sarah Evans. Lead Plaintiffs also refer to and rely upon the Declaration of Adam M. Apton submitted in support of Lead Plaintiffs' Motion for Preliminary Approval.

Lead Plaintiffs have also submitted a Proposed Order in connection with their motion.

Dated: December 6, 2019                                  Respectfully submitted,

                                                         LEVI & KORSINSKY, LLP


                                                         /s/ Eduard Korsinsky
                                                         Eduard Korsinsky
                                                         55 Broadway, 10th Floor
                                                         New York, New York 10006
                                                         Tel.: 212-363-7500
                                                         Fax: 212-363-7171
                                                         Email: ek@zlk.com


                                                            -and-

                                                         LEVI & KORSINSKY, LLP
                                                         Nicholas I. Porritt

Adam M. Apton
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel.: (202) 524-4290
Fax: (202) 333-2121
nporritt@zlk.com
aapton@zlk.com

-and-

COHEN MILSTEIN SELLERS & TOLL PLLC
Steven J. Toll
Daniel S. Sommers
S. Douglas Bunch
D. Allen Dreschel
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com
adreschel@cohenmilstein.com

*Attorneys for Lead Plaintiffs
and Lead Counsel for the Class*